**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSHUA LISTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-0935 |
| | § | |
| EVANS LAW ASSOCIATES, PC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The court appreciates the notification of the acceptance of the offer of judgment.  By

**November 29, 2010**, counsel must either notify the court that an agreement has been reached on fees

and costs and submit an agreed judgment or the plaintiff must file his fee petition.

SIGNED on November 3, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge